# CAHILL GORDON & REINDEL LLP
32 OLD SLIP
NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| HELENE R. BANKS | ARIEL GOLDMAN | TELEPHONE: (212) 701-3000 | BRIAN T. MARKLEY | JONATHAN D. THIER |
| ANIRUDH BANSAL | PATRICK GORDON | WWW.CAHILL.COM | MEGHAN N. McDERMOTT | SEAN P. TONOLLI |
| DAVID L. BARASH | JASON M. HALL | | WILLIAM J. MILLER | JOHN A. TRIPODORO |
| LANDIS C. BEST | STEPHEN HARPER | 1990 K STREET, N.W. | NOAH B. NEWITZ | GLENN J. WALDRIP, JR. |
| BRADLEY J. BONDI | WILLIAM M. HARTNETT | WASHINGTON, DC 20006-1181 | WARREN NEWTON § | HERBERT S. WASHER |
| BROCKTON B. BOSSON | NOLA B. HELLER | (202) 862-8900 | DAVID R. OWEN | MICHAEL B. WEISS |
| JONATHAN BROWNSON * | CRAIG M. HOROWITZ | | JOHN PAPACHRISTOS | DAVID WISHENGRAD |
| JOYDEEP CHOUDHURI * | DOUGLAS S. HOROWITZ | CAHILL GORDON & REINDEL (UK) LLP | LUIS R. PENALVER | C. ANTHONY WOLFE |
| JAMES J. CLARK | TIMOTHY B. HOWELL | 24 MONUMENT STREET | KIMBERLY PETILLO-DÉCOSSARD | COREY WRIGHT |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | LONDON EC3R 8AJ | SHEILA C. RAMESH | ELIZABETH M. YAHL |
| LISA COLLIER | ELAI KATZ | +44 (0) 20 7920 9800 | MICHAEL W. REDDY | JOSHUA M. ZELIG |
| AYANO K. CREED | JAKE KEAVENY | | OLEG REZZY | |
| PRUE CRIDDLE ± | BRIAN S. KELLEHER | | THORN ROSENTHAL | |
| SEAN M. DAVIS | RICHARD KELLY | | TAMMY L. ROY | |
| STUART G. DOWNING | CHÉRIE R. KISER ‡ | WRITER'S DIRECT NUMBER | JONATHAN A. SCHAFFZIN | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| ADAM M. DWORKIN | JOEL KURTZBERG | | DARREN SILVER | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| ANASTASIA EFIMOVA | TED B. LACEY | | JOSIAH M. SLOTNICK | |
| JENNIFER B. EZRING | MARC R. LASHBROOK | | RICHARD A. STIEGLITZ JR. | ‡ ADMITTED IN DC ONLY |
| HELENA S. FRANCESCHI | ALIZA R. LEVINE | | ROSS E. STURMAN | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| JOAN MURTAGH FRANKEL | JOEL H. LEVITIN | | SUSANNA M. SUH | |
| JONATHAN J. FRANKEL | GEOFFREY E. LIEBMANN | | ANTHONY K. TAMA | |

212-701-3008

July 19, 2021

*So ordered
7-19-21
[signature]*

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States* v. *Martin Silver*, S1 20 Cr. 360 (AKH)

Dear Judge Hellerstein:

    On behalf of our client, Martin Silver, we respectfully request the Court's approval of the following exception to the terms of Martin Silver's pretrial release.

    The conditions of Mr. Silver's pretrial release currently restrict his travel to the Southern and Eastern Districts of New York, the District of New Jersey, and the Southern District of Florida. With the Court's permission, Mr. Silver would like to travel to the Central and Northern Districts of California between August 19 and August 26, to attend a wedding.

CAHILL GORDON & REINDEL LLP

-2-

Neither the Government nor Pretrial Services object to this request.

                              Respectfully Submitted,

                              /s/
                              Nola B. Heller / Bradley J. Bondi
                              *Counsel for Martin Silver*

cc:    Negar Tekkei, Assistant United States Attorney (via email)
        United States Pretrial Services Officer Dayshawn Bostic (via email)
        United States Pretrial Services Officer Edna Galarza (via email)