

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 27, 2022

**BY EMAIL**
**Request to File Under Seal**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Sentencing is set for January 18, 2023 at 10:00 am*

*/s/ Alvin K. Hellerstein*
*9/29/2022*

Re:   *United States v. Martin Silver*, S1 20 Cr. 360 (AKH)

Dear Judge Hellerstein:

      The Government writes, with the consent of defendant Martin Silver, through his counsel, to respectfully request that the Court order the preparation of the defendant's Presentence Report and schedule the defendant's sentencing.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:     /s/
Drew Skinner / Negar Tekeei /
Alexander Rossmiller
Assistant United States Attorneys
(212) 637-1587

cc:   Counsel for Martin Silver