

100 Vanguard Blvd. M35
Malvern, PA 19355

www.vanguard.com

April 18, 2023

**VIA FEDEX**

Clerk of Court
United States Courthouse
Attn: Arraignment Unit, Rm 520
500 Pearl Street
New York, NY 10007

RE: **United States of America v. Martin Silver and The Vanguard Group, Inc.**
**Case No.: 20 CR 360**
**Our Matter No. 1043443**

Dear Clerk of Court:

The Vanguard Group, Inc. ("Vanguard") hereby encloses its Answer of Respondent regarding the above-captioned case.

Should you have any questions concerning this matter, please contact the Office of General Counsel at the following address:

> The Vanguard Group, Inc.
> Attention: Office of the General Counsel
> 100 Vanguard Boulevard – M35
> Malvern, PA 19355

Please include *Our Matter Number* with your correspondence.

Sincerely,

Office of the General Counsel

Enclosure

cc: Martin Silver (w/encl. via First-Class Mail)
    USAO-SDNY-FLP (w/encl. via First-Class Mail)

USAO-SDNY-FLP
86 Chambers Street
3rd Floor
New York, NY 10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Judgment Creditor,

v.

MARTIN SILVER,

          Judgment Debtor,

and

THE VANGUARD GROUP, INC.,

          Respondent.

20 CR 360

**PUBLIC FILING**

## ANSWER OF THE RESPONDENT

I, __Nichole M. Lobodzinski__, the __Manager, Litigation Legal Analyst/ Custodian of records__ of the Respondent
     (name)                                     (title)

__The Vanguard Group, Inc.__, state under penalty of perjury as follows:

RESPONDENT IS (choose one):

[   ] An individual doing business in the name of _____.
[   ] A partnership, [   ] LP, [   ] LLP or [   ] LLC
[X] A corporation, organized under the laws of the State of __Pennsylvania__.

I acknowledge receipt of the United States' request that Respondent waive service of a NYCPLR 5222 Restraining Notice and a NYCPLR 5224 Information Subpoena under Rules 4-4.1 of the Federal Rules of Civil Procedure in this proceeding. Without waiving defenses or objections to the garnishment or to the jurisdiction or venue of the court except for objections based on a defect in the service of the process, I agreed to accept service for the Respondent by:

[   ] facsimile at (___) _____-_____ and/or
[   ] e-mail at _____ and/or
[X] first class mail at __100 Vanguard Blvd.; Malvern, PA 19355__.

On __April 17, 2023__, 2023, Respondent received a NYCPLR 5222 Restraining Notice and a NYCPLR 5224 Information Subpoena. At the time of service, Respondent had in its possession or control, the following property of the judgment debtor:

Answer of Respondent to Restraining Notice & Information Subpoena – Page 1

1. **Financial Accounts**

**Account 1**
Type: Brokerage Account
No.: 75727208
Title owner(s): Martin Silver
Amount: $ $8,683.50

**Account 2**
Type: Rollover IRA Brokerage Account
No.: 51020463
Title owner(s): Martin Silver
Amount: $ $3,331,458.57

**Account 3**
Type: _____
No.: _____
Title owner(s): _____
Amount: $ _____

**Account 4**
Type: _____
No.: _____
Title owner(s): _____
Amount: $ _____

For any pension or retirement plan, produce a copy of the governing plan document detailing terms and conditions for eligibility to withdraw funds.

2. **Safety Deposit Box**

Box No.: _____
Last accessed: _____
Owners other than the judgment debtor:
_____
_____

3. Detail other personal property in the respondent's possession, custody, or control:
   N/A

4. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?
[ ___ ] Yes or [ ___ ] No; if the answer is yes, describe below (case number, state, county):
   Unknown

5. Does the respondent have custody, control or possession of any property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which the judgment debtor has an interest? [ ___ ] Yes or [ ✗ ] No. If the answer is yes, describe below:
_____

**IF RESPONDENT DENIES HOLDING PROPERTY SUBJECT TO RESTRAINT:**

6. Check and complete the applicable line below:

[___] Respondent has the following objections, defenses, or set-offs:

_____

_____

[___] On the date the respondent was served with the notice, the respondent was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property in which the judgment debtor has an interest.

RESPONDENT mailed a copy of this Answer by first-class mail to:

(1) the judgment debtor, Martin Silver, at 1 Plaza Ct. Long Branch, NJ 07740-4722;

(2) the Clerk of Court, United States Courthouse, 500 Pearl Street, New York, NY 10007, Attn: Arraignment Unit, Rm 520; AND

(3) USAO-SDNY-FLP, 86 Chambers Street, 3ird Floor, New York, NY 10007.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this __18__ day of __April__, 2023.

_(Signature)_ /s/ Nichole M Lobodzinski    Nichole M/ Lobodzinski (Print Name)

Title: Manager, Litigation Legal Analyst/ Custodian of Records

Address: 100 Vanguard Blvd.

City, State, Zip: Malvern, PA 19355

Telephone and Fax Numbers: 610-669-2177 / 484-582-3778

Email: nichole_m_lobodzinski@vanguard.com

STATE OF _____
COUNTY OF _____

Subscribed and sworn to before me this __18th__ day of __April__, 2023.

_Notary Public Signature_           My Commission expires: _____ (Seal)

Commonwealth of Pennsylvania - Notary Seal
H. Bruce Gordon, Notary Public
Chester County
My commission expires February 24, 2027
Commission number 1432852
Member, Pennsylvania Association of Notaries

Answer of Respondent to Restraining Notice & Information Subpoena – Page 3

# FedEx®

ORIGIN ID:NMZA   (610) 669-4608
ANDREA KELLER-CLARK

100 VANGUARD BLVD.

MALVERN, PA 19355
UNITED STATES US

SHIP DATE: 18APR23
ACTWGT: 1.00 LB
CAD: 5424449/INET4610

BILL SENDER

TO  **CLERK OF COURT**
**UNITED STATES COURTHOUSE**
**ATTN: ARRAIGNMENT UNIT, RM 520**
**500 PEARL STREET**
**NEW YORK NY 10007**
(610) 669-4608    REF:
INV:
PO:                DEPT:

583J378GF/FE2D



FedEx Express

WED - 19 APR 10:30A
**PRIORITY OVERNIGHT**

TRK#  7718 8394 6420
0201

10007
NY-US  EWR

**E3 PCTA**



FedEx Ship Manager - Print Your Label(s)

4/18/23, 11:06 AM