

Howard Schiffman
202.729.7461
Howard.Schiffman@srz.com

June 30, 2023

VIA ECF & FAX

The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

**RE: <u>United States v. David Hu, 1:20 Cr. 360 (AKH)</u>**

Dear Judge Hellerstein:

 I write along with my co-counsel, Barry A. Bohrer, now of the Mintz Levin firm, to request a 30-day extension of time for David Hu to respond to the Government's Motion for a Turnover Order (ECF No. 103) (the "Motion"), currently due on July 5, 2023, until August 4, 2023. The Government has authorized me to state that it does not object to this request, so long as the Government is permitted 14 days—until August 18, 2023—to file its reply to any response filed by Mr. Hu. No previous requests for extension have been made in connection with this Motion.

Very truly yours,

<u>/s/ Howard Schiffman</u>

Howard Schiffman
Schulte Roth + Zabel LLP

<u>/s/ Barry A. Bohrer</u>

Barry A. Bohrer
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

cc: AUSA Melissa A. Childs