Case 1:20-cr-00360-AKH   Document 116   Filed 01/31/24   Page 1 of 1

# Milbank

**NOLA B. HELLER**
*Partner*
55 Hudson Yards | New York, NY 10001-2163
T: +1 (212) 530-5108
NHeller@milbank.com | milbank.com

January 31, 2024

**VIA ECF**

Honorable Alvin K. Hellerstein
Senior United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007



So ordered
5/2/24
/s/ A.K. Hellerstein

    Re:    <u>United States v. Martin Silver</u>, S1 20 Cr. 360 (AKH)

Dear Judge Hellerstein:

    On behalf of my client Martin Silver, I respectfully request that the Court order the release of Mr. Silver's passport by the United States Pretrial Services Office. On February 8, 2023, Mr. Silver was sentenced to thirteen months' imprisonment and three years of supervised release. He is currently complying with the terms of his supervised release. Assistant United States Attorney Negar Tekeei has informed me that the government does not object to this request, nor does Mr. Silver's assigned Probation Officer Jennifer Arango.

                                                     Respectfully Submitted,

                                                     Nola B. Heller, Esq.

cc:    Counsel of record (via ECF)
         Officer Jennifer Arango (via e-mail)