# Milbank

**NOLA B HELLER**
*Partner*
55 Hudson Yards | New York, NY 10001-2163
T: +1 (212) 530-5108
nheller@milbank.com | milbank.com

So ordered
9-26-24
/s/ A.K. Hellerstein

September 25, 2024

**VIA ECF AND EMAIL**

Honorable Alvin K. Hellerstein, United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007-1312

    Re:    *United States of America v. Martin Silver*, S1 20 Cr. 360 (AKH)

Dear Judge Hellerstein:

    The government filed a turnover motion in the above-captioned case yesterday. Mr. Silver strongly opposes the government's motion, which seeks relief that is contrary to the terms of the judgment entered by this Court at Mr. Silver's sentencing, in violation of applicable law. Accordingly, Mr. Silver will be filing a detailed response to the government's motion.

    After having conferred with the government, the parties jointly propose that Mr. Silver's response to the motion be due on October 25, 2024, and that the government's reply be due thirty days following the filing of the response, on November 25, 2024.

                                          Respectfully Submitted,

                                          /s/ Nola B. Heller
                                          Nola B. Heller
                                          MILBANK LLP
                                          55 Hudson Yards
                                          New York, NY 10001
                                          (212) 530-5000

                                          *Counsel for Martin Silver*

Cc (via ECF): AUSA Melissa Childs

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO