UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

MARTIN SILVER,

           Defendant.

---

20 CR 360 (AKH)

PARTIAL UNSEALING AND PROTECTIVE ORDER ON CONSENT OF THE PARTIES

IT IS HEREBY ORDERED, on consent of the Parties, the United States of America and the Defendant Martin Silver (the "Defendant"), that the minutes of the Defendant's February 8, 2023 sentencing (the "Minutes") are hereby partially unsealed for the limited purpose of disclosing the Minutes to counsel for interested third-party Suzanne Silver ("Ms. Silver"), Scott L. Fenstermaker, Esq. ("Mr. Fenstermaker").

Mr. Fenstermaker is hereby Ordered not to disclose the Minutes to any third party, including Ms. Silver, without prior Order of this Court, which Order will not be granted absent the Parties being heard thereon. Mr. Fenstermaker may use the Minutes solely for the purpose of preparing his motion to intervene on Ms. Silver's behalf in the United States' pending September 24, 2024 motion for a turnover order and, if the motion to intervene is granted, to respond thereto. If Mr. Fenstermaker cites to, or otherwise references the minutes in either his motion to intervene, or in response to the United States' motion, he is hereby Ordered to publicly file a redacted copy of his filings as scheduled, and file an unredacted copy of his filings under seal, with a copy of the unredacted filings served on counsel for the United States of America and the Defendant by e-mail.

Dated: November 4, 2024
New York, New York