

**NOLA B HELLER**
*Partner*
55 Hudson Yards  |  New York, NY 10001-2163
T: +1 (212) 530-5108
nheller@milbank.com  |  milbank.com

November 25, 2024

**VIA ECF AND EMAIL**

> The issue, whether anything is owed defendants, raises a discrete factual issue, to which defendant can adequately reply. Oral argument is not needed, and the application for it is denied.
>
> /s/ Alvin K. Hellerstein, U.S.D.J.
> 11/26/24

Honorable Alvin K. Hellerstein, United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007-1312

Re:    *United States of America v. Martin Silver*, S1 20 Cr. 360 (AKH)

Dear Judge Hellerstein:

    Mr. Silver writes to respectfully request oral argument on the government's pending Turnover Motion in the above-captioned case (Dkt. No. 141), which is fully submitted as of today. Because this matter is of the utmost importance to Mr. Silver, we respectfully ask the Court for the chance to be heard on the arguments made in the parties' motion papers. If the Court is inclined to grant Mr. Silver's request, we respectfully request a date for argument during the week of December 9, 2024.

Respectfully Submitted,

Nola B. Heller
Madeline Van Ert
MILBANK LLP
55 Hudson Yards
New York, NY 10001
(212) 530-5000

*Counsel for Martin Silver*

CC (via ECF): AUSA Melissa Childs

    Scott Fenstermaker, Esq. (Attorney for Susanne Silver)

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO