UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
UNITED STATES OF AMERICA,                           :
                    Judgment Creditor,     :    **SCHEDULING ORDER**
                                                       :
    - against -                                                     :
                                                       :    20 Cr. 360 (AKH)
MARTIN SILVER,                                                :
                    Judgment Debtor,        :
                                                       :
and                                                                       :
                                                       :
THE VANGUARD GROUP, INC.,                        :
BRIGHTHOUSE FINANCIAL, INC.,                     :
COMPUTERSHARE, and AON,                            :
                Third-Party Respondents.    :
------------------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties shall appear before the Court for oral arguments on the Government's motion for a turnover order and modification of Judgment Debtor Martin Silver's payment schedule on December 16, 2024 at 10:30 a.m. in Courtroom 14D.

        SO ORDERED.

Dated:    December 5, 2024                                  /s/ Alvin K. Hellerstein
                New York, New York                              ALVIN K. HELLERSTEIN
                                                                      United States District Judge