```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MARTIN SILVER,

Defendant.

**Order of Restitution**

S1 20 Cr 360 (AKH)

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Drew Skinner, Negar Tekeei, Alex Rossmiller, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Counts One through Three of the Information; and all other proceedings in this case, and upon the consent of MARTIN SILVER (the "Defendant"), by and through his counsel, Nola Heller, Esq.; and upon consideration of the factors set forth in Title 18, United States Code, Section 3664(f)(2), it is hereby ORDERED that:

**1. Amount of Restitution.** MARTIN SILVER, the Defendant, shall pay restitution in the total amount of $364,402,116.08 [AEH] to the victims of the offenses charged in Counts One through Three of the Information. The Defendant shall make the restitution payments to the Clerk of Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY, 10007, in order that the Clerk of Court may forward the payments to the victims. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

*[handwritten: jointly and severally with Defendant David Hu.]*

03.14.2019

**2. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York

_____, 2023
Feb 8, 2023

_____
HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE