UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
UNITED STATES OF AMERICA,
                               Judgment Creditor,

         - against -

MARTIN SILVER,
                               Judgment Debtor,

and

THE VANGUARD GROUP, INC.,
BRIGHTHOUSE FINANCIAL, INC.,
COMPUTERSHARE, and AON,
                               Third-Party Respondents.
------------------------------------------------------------------ X

**ORDER**

20 Cr. 360 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The Government, Judgment Debtor Martin Silver, and Third-Party Intervenor Sue Silver filed individual letters requesting clarification of my December 18, 2024 Opinion and Order Granting, In Part, the Government's Motion for a Turnover Order and Modification of Judgment Debtor Martin Silver's Restitution Schedule, ECF No. 173.

       Some clarification would be appropriate. As of the date of the Government's submission, *see* ECF No. 174, the appreciation is $2,473,947.75. Mr. Silver shall withdraw $2,250,000.00 from the Subject Accounts to pay $2 million in restitution, and to use the remaining $250,000.00 to defray tax liabilities. All other provisions of my prior Order of December 18, 2024 shall remain in effect.

       Regarding Mr. Silver's request to unfreeze the Subject Accounts to enable him to pay restitution, as I ruled at Oral Argument, counsel for Mr. Silver shall confer with the Government and provide a proposed order. *See* Tr. of Dec. 16, 2024 Oral Arg. at 50-51.

1

The Clerk shall terminate ECF Nos. 174 and 176.

SO ORDERED.

Dated:  December 19, 2024
        New York, New York

ALVIN K. HELLERSTEIN
United States District Judge