UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
UNITED STATES OF AMERICA,                          :
                          Judgment Creditor,   :   **ORDER**
                                                  :
      - against -                                        :   20 Cr. 360 (AKH)
                                                  :
MARTIN SILVER,                                              :
                          Judgment Debtor,     :
                                                  :
and                                                                    :
                                                  :
THE VANGUARD GROUP, INC.,                       :
BRIGHTHOUSE FINANCIAL, INC.,                     :
COMPUTERSHARE, and AON,                           :
                  Third-Party Respondents.    :
------------------------------------------------------------------------- X
ALVIN K. HELLERSTEIN, U.S.D.J.:

      The Government and counsel for Judgment Debtor Martin Silver shall each respond to Girobank's objection, ECF No. 188, no later than January 7, 2025.

      SO ORDERED.

Dated:    January 1, 2025                      /s/ Alvin K. Hellerstein
              New York, New York              ALVIN K. HELLERSTEIN
                                                        United States District Judge