# Milbank

**NOLA B. HELLER**
*Partner*
55 Hudson Yards | New York, NY 10001-2163
T: +1 (212) 530-5108
nheller@milbank.com | milbank.com

February 18, 2025

**VIA ECF AND EMAIL**

Honorable Alvin K. Hellerstein, United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007-1312

Re:     *United States of America v. Martin Silver*, S1 20 Cr. 360 (AKH)

Dear Judge Hellerstein:

The government filed a motion for forfeiture of property in the above-captioned case on December 19, 2024 (Dkt. No. 177), and Mr. Silver's response is currently due on February 24, 2025, with the government's reply due March 6, 2025. The parties are currently in negotiations regarding a potential settlement, but require additional time to complete those negotiations. Accordingly, the parties jointly propose that the deadline for Mr. Silver's response be adjourned until March 26, 2025, and the date for government's reply be adjourned until April 7, 2025.

Respectfully Submitted,

Nola B. Heller
MILBANK LLP
55 Hudson Yards
New York, NY 10001
(212) 530-5000

*Counsel for Martin Silver*

Cc (via ECF): AUSA Tara LaMorte

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | HONG KONG | SEOUL | SINGAPORE | TOKYO