**PAUL BATISTA, P.C.**
Attorney-at-Law
26 Broadway – Suite 1900
New York, New York 10004
(631) 377-0111

e-mail: Batista007@aol.com                                Facsimile: (212) 344-7677

December 4, 2025

So ordered.

*[signature]*

U.S.D.J.          December 8, 2025

VIA ECF
Hon. Tammi L. Hellwig
Clerk of the Court
United States District Court for the
    Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Martin Silver, No. 20-cr-360 (AKH)

Dear Ms. Hellwig:

I have been a Member of the Bar of this Court since March 1975.

On October 29, 2025, I filed a Notice of Appearance on behalf of Mr. Martin Silver in this action, which has been pending since 2020.

Yesterday (December 3, 2025), I filed, at the request of one of Mr. Silver's long-term lawyers, a December 3, 2025 letter addressed to Judge Hellerstein, annexed to which was a copy of a redacted letter signed by attorney Allen M. Lowy, one of Mr. Silver's attorneys, to Judge Hellerstein.

At the request of Messrs. Silver and Lowy, I am writing respectfully to request that my submission yesterday (ECF Doc. No. 230) be removed from the docket.

Respectfully submitted,

*[signature]*

Paul Batista

cc:   Hon. Alvin K. Hellerstein
       All Counsel of Record
       Allen M. Lowy, Esq.
       Mr. Martin Silver