UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

UNITED STATES OF AMERICA,

    – against –

MARTIN SILVER,

                Defendant,

BAKER BOTTS, LLP,

             Third-Party Intervenor.

------------------------------------------------------------- X

**ORDER GRANTING
MOTION TO UNSEAL**

20 Cr. 360 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

On November 13, 2025, Baker Botts L.L.P. ("Baker Botts"), which previously represented Defendant Martin Silver in this matter, sent a letter to the Court seeking to intervene and unseal the sentencing submissions filed by Defendant and the Government and the transcript of the sentencing hearing (the "Sentencing Materials") subject to appropriate redactions. On November 25, 2025, I granted the motion to intervene and ordered Defendant to file any opposition to the motion to unseal by December 5, 2025. ECF No. 229. Defendant filed an opposition on December 3, 2025. However, on December 4, 2025, Defendant requested that the Court remove the opposition from the docket. ECF No. 231. I granted that request on December 8, 2025. ECF No. 232. Defendant has not filed any other opposition to the Baker Botts' motion. The Government does not oppose Baker Botts' motion. *See* ECF No. 229 at 1.

Finding the motion unopposed, I hereby grant Baker Botts' motion to unseal the Sentencing Materials. Baker Botts has shown that the "presumptions in favor of public access to court proceedings and records" support granting of Baker Botts' motion. *United States v. Greenwood*, 145 F.4th 248, 254 (2d Cir. 2025). The Government nor Defendant have put forth any opposition

to merit the continued sealing of these documents.  Defendant's privacy interests in the materials shall be protected by appropriate redactions of personal information.

Therefore, it is hereby ordered that the Sentencing Materials shall be unsealed subject to redactions of Defendant's personal information.

SO ORDERED.

Dated:        January 6, 2026
              New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge