UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                               :

UNITED STATES OF AMERICA,            :     **ORDER VACATING GRANT OF MOTION TO UNSEAL**

                               :

     – against –                    :     20 Cr. 360 (AKH)

                               :

MARTIN SILVER,                        :
                Defendant,      :

                               :

BAKER BOTTS, LLP,              :
          Third-Party Intervenor.   :

                               :

------------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

On January 7, 2026, I granted the unopposed motion by Baker Botts L.L.P., which previously represented Defendant Martin Silver in this matter, to unseal the sentencing submissions filed by Defendant and the Government and the transcript of the sentencing hearing subject to appropriate redactions. ECF No. 233. Defendant, albeit late, has raised with the Court significant personal issues that warrant the continued sealing of the sentencing memoranda and transcript. Therefore, I hereby vacate my order granting the motion to unseal and order that the above materials continue to be maintained under seal.

       SO ORDERED.

Dated:      January 8, 2026
             New York, New York                ALVIN K. HELLERSTEIN
                                                    United States District Judge