UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,                    :       **ORDER MODIFYING**
                                             :       **ORDER ON MOTION TO**
                                             :       **UNSEAL**
                                             :
        – against –                          :       20 Cr. 360 (AKH)
                                             :
MARTIN SILVER,                               :
                          Defendant,         :
                                             :
BAKER BOTTS, LLP,                            :
                   Third-Party Intervenor.   :
                                             :

------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

I hereby modify my order of January 9, 2026 to require Defendant Martin Silver to propose

appropriate redactions of the sentencing submissions filed by Defendant and the Government and

the transcript of sentencing proceedings to redact any information that would prejudice himself if

disclosed. The proposed redactions shall be submitted to Chambers by email by February 13, 2026

at 5 p.m. for approval and the entry of a final order.


        SO ORDERED.

Dated:       February        , 2026
             New York, New York                          ALVIN K. HELLERSTEIN
                                                         United States District Judge