UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Judgment Creditor,

    v.

MARTIN SILVER,

          Judgment Debtor,

    and

SUZANNE SILVER,

          Third-Party Respondent-
          Title Owner of Property.

20 CR 360 (AKH)

**ORDER**

1 PLAZA COURT
LONG BRANCH, NJ 07740

200 RIVERSIDE BLVD.
APT. 26D
NEW YORK, NY 10025

WHEREAS, upon the Government's motion for orders (1) to show cause why Martin Silver should not be held in contempt of court for obstructing Suzanne Silver's efforts to sell property in accordance with this Court's So-Ordered Stipulation for Settlement Regarding Certain Real and Personal Property To Be Paid Towards Restitution; (2) for default and/or resentencing; and (3) for the sale of property, restraining order, and appointment of a receiver to sell property, the Court issued an Amended Order to Show Cause (Dkt. 251) and held a hearing on May 28, 2026 at 11:00 a.m.;

WHEREAS participants in the hearing included counsel for the Government, Martin Silver and his counsel, Renée Jarusinsky and Ifedapo Benjamin of Ford O'Brien Landy, LLP, Martin Silver's divorce attorney, Michael Ayres of Villani & DeLuca, P.C., and Suzanne Silver, via her counsel, Carlos Ortiz of Baker & Hostetler, LLP; and

WHEREAS the Court dismissed the Government's motion (Dkts. 247-49) and instead granted the following relief. Accordingly,

IT IS HEREBY ORDERED:

Martin Silver shall attend the closing of the sale of 1 Plaza Court, Long Branch, New Jersey 07740 ("the House"), whenever and wherever scheduled, and shall execute all documents required by the title company or closing attorney to complete the sale of the House without further delay;

Martin Silver shall cooperate with Karen Burman of Douglas Elliman Real Estate ("the Broker") in the sale of the property located at 200 Riverside Boulevard, Apt. 26D, New York, New York 10025 ("the Apartment") in a commercially reasonable manner;

Martin Silver shall promptly contact the Broker to confirm at least three dates when the Broker may access the Apartment, around 1:00 p.m. Monday through Friday, during which time the Broker and her agents or contractors may maintain exclusive possession of the premises to photograph the Apartment for purposes of listing it for sale;

Martin Silver shall provide the Broker with access to the Apartment – upon no less than 15-minutes notice by text message or telephone call – between 12:00 p.m. to 2:00 p.m. Monday through Friday and 11:00 a.m. to 4:00 p.m. on Saturday and Sunday, during which times he may remain at the Apartment, for showings until the Property is under contract or further order;

Martin Silver shall move out of the Apartment no later than 30 days before the closing date scheduled in any contract executed by Suzanne Silver, the Broker, and buyer(s);

Martin Silver shall make restitution payments to the Clerk of Court in the fixed amount of $600.00 per month on or before the first day of the month following entry of this Order, and on or before the first day of each month thereafter, until further notice. This adjusted amount supersedes the payment schedule in the Amended Judgment (Dkt. 101) that previously required Martin Silver

Order– Page 2

to pay 10% of his net monthly income. The payment schedule is subject to reconsideration by this Court, upon the notification to the Court and the victims of any material change in Martin Silver's economic circumstances and after an opportunity to be heard, pursuant to 18 U.S.C. § 3664(k).

Violation of this Order shall be punishable by contempt and/or any statutory remedy available to the Government.

SO ORDERED on this __2__ day of ___June___ , 20__26__,

**ALVIN K. HELLERSTEIN**
**UNITED STATES DISTRICT JUDGE**